THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RODNEY GATSON, § | |
| § | |
| v. § | Civil Action No. 4:22-cv-11-SDJ-KPJ |
| § | |
| WILSHIRE COMMERCIAL § | |
| CAPITAL LLC *doing business as* § | |
| WESTLAKE FINANCIAL § | |
| SERVICES, et al. | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 31, 2022, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #35), that Defendant Wilshire Commercial Capital LLC d/b/a Westlake Financial Services' ("Westlake") Motion to Dismiss, (Dkt. #17), Defendant Quality Recovery Services, Inc.'s ("Quality") Motion to Dismiss, (Dkt. #20), and Defendant TX Motors of North Richland Hills' ("AutoNation CDJR") (collectively, "Defendants") Motion to Dismiss, (Dkt. #27) be granted in part. Further, the Report recommends Plaintiff Rodney Gatson's ("Plaintiff") Motion of Opposition to Westlake and Quality's Motions to Dismiss and Motions for Summary Judgment, (Dkt. #22), be denied as moot.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and

1

conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

Accordingly, Defendants' Motions to Dismiss, (Dkt. #17, #20, #27), are **GRANTED IN PART as follows:** Plaintiff's Truth in Lending Act ("TILA") claims against Defendants and Plaintiff's Fair Debt Collection Practices Act ("FDCPA") claims against Westlake are **DISMISSED WITH PREJUDICE**; Plaintiff's fraud claims against Defendants and FDCPA claims against AutoNation CDJR and Quality are **DISMISSED WITHOUT PREJUDICE** with leave to amend. Plaintiff's Motion, (Dkt. #22), is **DENIED AS MOOT**.

**So ORDERED and SIGNED this 26th day of September, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE